Submitted July 27—decided October 8, 1964

STATE OF CONNECTICUT *v.* MICHAEL R. TOMANELLI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Charles S. Tarpinian* and *Henry Kucharski,* in support of the petition.

*James N. Oliver, Jr.,* assistant prosecuting attorney, in opposition.

Submitted August 5—decided October 8, 1964